UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMBERLY CARRICK, | ) | CIVIL ACTION NO. 4:19-CV-692 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| ANDREW SAUL, | ) | |
| Defendant | ) | |

ORDER

In accordance with the accompanying Memorandum Opinion, Plaintiff's

request for the award of benefits, or in the alternative a new administrative hearing

is DENIED as follows:

(1)    The final decision of the Commissioner is AFFIRMED.

(2)    Final judgment is issued in favor of Andrew Saul, Commissioner of
       Social Security.

(3)    The Clerk of Court is directed to CLOSE this case.

Date: June 22, 2020                          BY THE COURT

                                             *s/William I. Arbuckle*
                                             William I. Arbuckle
                                             U.S. Magistrate Judge